SCANNED
DATE: 06/30/04
BY: _Sky_

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA,

v.

CRIMINAL ACTION
NO. 04-1755-CBS

FILED
CLERKS OFFICE

2004 JUN 30 A 11: 54

U.S. DISTRICT COURT
DISTRICT OF MASS

ANDRE PAGE

### NOTICE OF APPEARANCE

Now comes, William Keefe, and respectfully enters his appearance on behalf on the defendant Andre Page in the above referenced criminal action.

Respectfully submitted,
**ANDRE PAGE,**
By his lawyer,

6/29/4
Date

**WILLIAM KEEFE**
BBO # 556817
One McKinley Square, Third Floor
Boston, MA 02109
Telephone (617) 399-1570
Facsimile (617) 723-1710

## CERTIFICATE OF SERVICE

I William Keefe hereby certify that a copy of the enclosed Notice of Appearance was served on David Tobin, at the Office of the United States Attorney 9th floor, One Courthouse Way Boston, MA 02210 by first class mail today June 29, 2004. Service was also provided to Mr. Andrew D'Angelo at his office Carney & Bassil 20 Park Plaza, Suite 1405, Boston, MA 02116 by first class mail today June 29, 2004.

Dated: June 29, 2004

_____
William Keefe