# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL CASE |
| | NO. 04-10234 NMG |
| V. | |
| WALLSTEIN DWAYNE ALLEN | |
| ANDRE PAGE | |
| MICHAEL E. GREEN | |
| AQUAYA STEPHANIE PERRY | |
| Defendant | |

### NOTICE OF ARRAIGNMENT

Lawrence P. Cohen, M.J.

PLEASE TAKE NOTICE that the above-entitled case has been set for ARRAIGNMENT on AUGUST 25, 2004 at 11:00 A.M. before Judge LAWRENCE P. COHEN, MJ in Courtroom # 23 on the 7th floor of the United States Courthouse, 1 Courthouse Way, Boston, Massachusetts.

Please note that the defendant must appear with counsel. If he/she is unable to secure counsel and believes, because of his/her financial condition, that counsel should be appointed, he/she should contact the undersigned at (617) 748-4231.

Also note that the defendant must contact the U.S. Pretrial Services Office at (617) 748-9213 at least 72 hours before the above date.

TONY ANASTAS,
CLERK OF COURT

Date: AUGUST 20, 2004                      By   /s/ Maria Simeone
                                                Courtroom Deputy

Notice mailed/e-mailed to: all counsel of record

(notice of arraignment.wpd - 7/99) [kntchrgcnf.]

Case 1:04-cr-10234-NMG    Document 28    Filed 08/20/2004    Page 2 of 2