UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| VS. | ) | CRIMINAL NO.: 04-CR10234NMG |
| ANDRE PAGE et al. | ) | |

## MOTION TO DISCHARGE ATTORNEY
## AND APPOINT NEW ATTORNEY

Now comes defendant Andre Page, acting pro se, and respectfully requests this Honorable Court to discharge defendant's attorney, William Keefe, pursuant to a violation of defendant's Sixth Amendment right to effective assistance of counsel.

In support of this request, the defendant states the following:

The defendant's attorney, William Keefe, has been retained and paid by his co-defendant (Wallstein Allen) to represent the defendant, Andre Page.

However, the defendant has received information that at the time his co-defendant (Wallstein Allen) hired attorney William Keefe to represent defendant Page his codefendant (Wallstein Allen) was also cooperating with the government at the same time. As in simple words putting a spy into defendant Page's defense camp in violation of his Sixth Amendment right that limits government investigative methods after defendants have been indicted and counsel has been retained.

The defendant also points this court to the fact that his right to a speedy trial has also been violated along with his right to Due

Process. Due to this conflict of interest issue that has caused this major delay.[1]

## CONCLUSION

The defendant respectfully requests a hearing over this issue and that this Honorable Court appoint him new counsel. Also, see attached affidavit of defendant Page in support of said motion.

Dated: 12-21-04

Respectfully submitted,

Andre Page, pro se
N.C.C.C., PMX-19
200 West St., PO Box 149
Dedham, MA 02027-0149

---

[1] The defendant Page is not schooled in the art of law. However, his attorney William Keefe and the government are schooled and they should have known this was a conflict of interest issue and it should never have happened.