UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

DOCKET NO.: 04CR10234NMG

UNITED STATES OF AMERICA     )
                             )
VS.                          )
                             )
ANDRE PAGE ET AL.            )

AFFIDAVIT SUPPORTING
MOTION TO DISCHARGE ATTORNEY
AND APPOINT NEW ATTORNEY

I, Andre Page, hereby declare:

1) that my attorney, William Keefe, was retained and paid for by my co-defendant, Wallstein Allen;

2) that neither me nor my family retained Attorney Keefe's services;

3) that to this day, I feel that Attorney Keefe isn't working to the best of his ability in my interests;

4) that Attorney Keefe has insisted, and even threatened my family, that if they didn't pay him I would be looking at a lot of time, and until he was paid he wasn't going to do anything; and

5) that so far Attorney Keefe has been paid $3000.00 by my family, then another $1500.00, then another $1500.00, and he still hasn't done anything that I'm aware of;

6) that after my codefendant, Wallstein Allen, had hired my attorney, William Keefe, Mr. Wallstein was also co-operating with the government, or in simple terms he was putting a spy into my defense camp, in violation of my sixth Amendment right that limits government investigative methods after I had been indicted and had retained counsel.

7) that my right to a speedy trial has also been violated due to the conflict of interest issue that now caused this delay.

Signed under the penalties of perjury this 16 th day of December, 2004.

_____
Andre Page
N.C.C.C., PMX-19
200 West St., PO Box 149
Dedham, MA 02027-0149

## CERTIFICATE OF SERVICE

This is to certify that I, Andre Page, on this _____ day of December, 2004, did serve upon Attorney William Keefe a "Motion to Discharge Attorney and Appoint New Attorney" and supporting affidavit via first-class mail, postage prepaid.

_____
Andre Page
N.C.C.C., PMX-19
200 West St., PO Box 149
Dedham, MA 02027-0149