# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

```
_____
                              )
UNITED STATES OF AMERICA,     )
                              )
                              )
          v.                  )     CRIMINAL ACTION
                              )     NO. 04-10234-NMG
WALLSTEIN DWAYNE ALLEN,       )
ANDRE PAGE, MICHAEL E. GREEN, )
and AQUAYA STEPHANIE PERRY,   )
          Defendants,         )
_____)
```

## STATUS REPORT
### January 11, 2005

**SWARTWOOD, M.J.**

The following is a Status Report to Gorton, J. to whom this case is assigned:

1. <u>Appointment of Successor Counsel</u>

Within the past two weeks, Defendants, Andre Page and Michael E. Green, have requested that their retained counsel withdraw and that successor counsel be appointed. After separate hearings with respect to both motions, I allowed those motions and successor counsel have been appointed to represent Messrs. Page and Green. Those counsel have requested time to review the fairly significant amount of discovery produced by the Government in this case. I have granted that request.

2. <u>Further Status Conference</u>

A further status conference shall be held in this case on March 22, 2005, at 3:30 p.m., in Courtroom 1, Fifth Floor, Donohue Building, 595 Main Street, Worcester, Massachusetts.

3.  <u>Excludable Time</u>

With the assent of counsel for the parties, I am excluding from the Speedy Trial Act, the period from January 10, 2005 (date of expiration of prior order of excludable time) through March 22, 2005 (date by which successor counsel for Messrs. Page and Green will have reviewed discovery produced by the Government in this case and will have discussed that discovery with their respective clients). Therefore, assuming no further order of excludable time under the plan for prompt disposition of criminal cases, this case must be tried on or before <u>Tuesday, May 31, 2005</u>.

/s/Charles B. Swartwood, III
CHARLES B. SWARTWOOD, III
MAGISTRATE JUDGE