UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>WALLSTEIN DWAYNE ALLEN, )<br>ANDRE PAGE, MICHAEL E. GREEN, )<br>and AQUAYA STEPHANIE PERRY, )<br>    Defendants, )<br>) | **CRIMINAL ACTION**<br>**NO. 04-10234-NMG** |

ORDER OF EXCLUDABLE TIME
January 11, 2005

**SWARTWOOD, M.J.**

It is ordered pursuant to the provisions of 18 U.S.C. § 3161(b)(1)(F), as interpreted by the United States Court of Appeals for this Circuit (United States v. Jodoin, 672 F.2d 232, 237 (1st Cir. 1982)), that the period from January 10, 2005 (date of expiration of prior order of excludable time) through March 22, 2005 (date by which successor counsel for Messrs. Page and Green will have reviewed discovery produced by the Government in this case and will have discussed that discovery with their respective clients) shall be excluded from the Speedy Trial Act.

/s/Charles B. Swartwood, III
CHARLES B. SWARTWOOD, III
MAGISTRATE JUDGE