UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

DOCKET NO.: 04CR10234NMG

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| VS. | ) |
| | ) |
| ANDRE PAGE ET AL. | ) |

## MOTION TO DISCHARGE ATTORNEY AND APPOINT NEW ATTORNEY

Now comes defendant and hereby requests that this Honorable Court discharge defendant's attorney, William Keefe, and replace him with a new public defender attorney.

As reason therefore, defendant states that 1) Attorney Keefe has been retained and paid by defendant's co-defendant (Wallstein Allen); 2) neither defendant nor his family had retained Attorney Keefe's services; 3) to this day, defendant feels that Attorney Keefe isn't working to the best of his ability in defendant's interests; and 4) if neither defendant nor his family retained Attorney Keefe's services, why did Attorney Keefe insist and even threaten my family that if they didn't pay him defendant would be looking at a lot of time, and until he was paid he wasn't going to do anything. In addition, he was paid $3000.00 by my family, then another $1500.00, then another $1500.00, and he still hasn't done anything. Furthermore, after defendant's codefendant, Wallstein Allen, had hired defendant's attorney, William Keefe, Mr. Wallstein was also co-operating with the government, or in simple terms he was putting a spy into defendant's defense camp, in violation of defendant's sixth Amendment right that limits government investigative methods after defendant had been indicted and retained counsel. In addition, defendant's right to a speedy trial has also been violated due to the conflict of interest issue that now caused this delay.

If possible, defendant would like to request that Andrew M. D'Angelo be appointed to represent him. Mr. D'Angelo's address is Carney & Bassil, 20 Park Plaza, Boston, MA 02116. His phone number is 617-338-5566.

Also, defendant would request that the court order that Attorney Keefe refund to defendant's family the $6000.00 that Attorney Keefe has already been paid.

Defendant hereby incorporates his accompanying affidavit in support of this motion.

Date: _____                        Respectfully submitted,

                                             _____
                                             Andre Page
                                             N.C.C.C., PMX-19
                                             200 West St., PO Box 149
                                             Dedham, MA 02027-0149