UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA  )
                          )
VS.                       )   CRIMINAL NO.: 04-CR10234NMG
                          )
ANDRE PAGE et al.         )

FILED
IN CLERKS OFFICE
2005 JAN 20 P 12: 41
U.S. DISTRICT COURT
DISTRICT OF MASS

## MOTION TO PRESERVE EVIDENTIARY HEARING AND SPEEDY TRIAL REQUEST

Now comes defendant Andre Page, acting pro se, and respectfully requests this Honorable Court preserve defendant Page's right to an evidentiary hearing on the matter of his reimbursement of funds paid to his first attorney, William Keefe, and his right to request a speedy trial.

In support of this request, the defendant states the following:

Defendant's first attorney, William Keefe, was discharged by the court. Attorney Peter Parker was then appointed to represent defendant Page. Defendant Page is now requesting that Attorney Parker be discharged, for cause, and that a new attorney be appointed to represent defendant Page. Defendant Page respectfully requests that his right to an evidentiary hearing on the matter of his reimbursement of funds paid to attorney Keefe, and his right to request a speedy trial, be preserved until such time as a new attorney is appointed to represent him who can attend to these matters.

Dated: 1-14-05

Respectfully submitted,

Andre Page
Andre Page, pro se
N.C.C.C., PMX-19
200 West St., PO Box 149
Dedham, MA 02027-0149

## CERTIFICATE OF SERVICE

I, Andre Page, hereby state that I have served a copy of the foregoing motion and affidavit on this ___ day of January, 2005, to the U.S. Attorney's Office, One Courthouse Way, Boston, MA 0210 by way of mail delivery.

_____
Andre Page
N.C.C.C., PMX-19
200 West St., PO Box 149
Dedham, MA 02027-0149