UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.   )<br>)<br>WALLSTEIN DWAYNE ALLEN, )<br>ANDRE PAGE, MICHAEL E. GREEN, )<br>and AQUAYA STEPHANIE PERRY, )<br>    Defendants,   ) | **CRIMINAL ACTION<br>NO. 04-10234-NMG** |

## ORDER OF EXCLUDABLE TIME
### April 27, 2005

**SWARTWOOD, C.M.J.**

It is ordered pursuant to the provisions of 18 U.S.C. § 3161 (b)(1)(F), as interpreted by the United States Court of Appeals for this Circuit (United States v. Jodoin, 672 F.2d 232, 237 (1st Cir. 1982)), that the period from April 25, 2005 (date of expiration of prior order of excludable time) through May 26, 2005 (date by which a review of discovery shall be completed by all Defendants) shall be excluded from the Speedy Trial Act.

/s/Charles B. Swartwood, III
CHARLES B. SWARTWOOD, III
CHIEF MAGISTRATE JUDGE