UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES

V. CR. NO. 04-10234-NMG

ANDRE PAGE

DEFENDANT'S MOTION TO RESCHEDULE TRIAL

Defendant Andre Page, by his attorney, moves that this Court reschedule the trial now set for October 24, 2005.

Undersigned defense counsel requests this continuance because he will be unable to properly prepare for trial or be available to attend trial due to his need to tend to his son who is hospitalized in Atlanta, Georgia as a result of a severe spinal cord injury. Defense counsel expects that his son will be returning to his home by the end of October and that counsel will be able to resume working on a regular basis in November.

Counsel met with Mr. Page, explained his personal circumstances and the resulting need to request continuance of the trial. Mr. Page does not oppose the request and agrees that time be excluded from the speedy trial calculations.

ANDRE PAGE
By his attorney,

/s/ Elliot M. Weinstein

Elliot M. Weinstein
BBO #520400
228 Lewis Wharf
Boston, MA 02110
617-367-9334

September 28, 2005