```
                   UNITED STATES DISTRICT COURT
                    DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA )
                         )
           v.            )
                         )    Criminal No. 04-10234-NMG
ANDRE PAGE               )
         Defendant       )
```

## INFORMATION REGARDING PRIOR CONVICTIONS FILED PURSUANT TO 21 U.S.C. §851 REGARDING DEFENDANT ANDRE PAGE

The United States Attorney charges that:

1. On or about October 17, 1995, ANDRE PAGE was convicted in the Richmond (Staten Island, New York) Criminal Court of CSCS-3rd: Narcotic Drug [Criminal Sale of a Controlled Substance in the Third Degree] in violation of the State of New York Penal Code.

2. On or about March 14, 1996, ANDRE PAGE was convicted in the Richmond (Staten Island, New York) County Superior Court of CSCS-3rd:Narcotic Drug [Criminal Sale of a Controlled Substance in the Third Degree] and of CPCS-3rd:Narcotic Drug Intent [Criminal Possession of a Controlled Substance in the Third Degree with the Intent to Distribute] in violation of the New York Penal

3. ANDRE PAGE has been named as a defendant in an Indictment numbered 04-10234-NMG. The Indictment charges that ANDRE PAGE did knowingly and intentionally combine, conspire and agree with the named co-defendants and other persons, known and unknown to the Grand Jury, to possess with intent to distribute, and distribute, cocaine, a Schedule II controlled substance, and that the conspiracy involved at least five kilogram of a mixture and a

substance containing a detectable amount of cocaine, a Schedule II controlled substance in violation of Title 21, United States Code, Sections 846, 841(a)(1), and 841(b)(1)(B)(ii); and that ANDRE PAGE did knowingly and intentionally possess cocaine, a Schedule II controlled substance, with intent to distribute and that the offense involved five kilograms or more of a mixture or substance containing a detectable amount of cocaine in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

    4. By way of this information, the government notifies ANDRE PAGE, that he is charged with committing the crime alleged in said indictment after having been previously convicted of the felony drug offenses as set out in paragraphs 1-2, above.

    All in keeping with Title 21, United States Code, Section 851(a)(1).

                                Respectfully submitted,

                                MICHAEL J. SULLIVAN
                                United States Attorney

                      BY:

                                /s/: *David G. Tobin*

                                DAVID G. TOBIN
                                Assistant U.S. Attorney

Dated: November 17, 2005

**CERTIFICATE OF SERVICE**

This is to certify that I have this day served upon counsel of record a copy of the foregoing document by electronic mail and by depositing in the United States mail a copy of same in an envelope bearing sufficient postage for delivery.

This 17th day of November 2005.

DAVID G. TOBIN<br>
ASSISTANT UNITED STATES ATTORNEY