UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES

V.                                            CR. NO. 04-10234-NMG

ANDRE PAGE

DEFENDANT'S MOTION TO RESCHEDULE TRIAL

Defendant Andre Page, by his attorney, moves that this Court reschedule the trial

currently set for December 5, 2005.

Defense counsel has, for all practical purposes, been unable to work since July 12, 2005

as a result of a severe spinal cord injury sustained by counsel's son.  At the time the trial was

first rescheduled to December 5, 2005, counsel believed that he would have sufficient time to

prepare for trial.  Instead, counsel has not been able to properly prepare for trial and was with his

son in a hospital in Atlanta, Georgia consistently from October 19 through November 17, 2005

when he returned home with his son.

Defense counsel will appear at the pretrial conference on November 18, 2005 to further

discuss the merits of this request and a new date for trial.


ANDRE PAGE
By his attorney,


 /s/ Elliot M. Weinstein
Elliot M. Weinstein
BBO #520400
228 Lewis Wharf
Boston, MA 02110
617-367-9334

November 17, 2005