UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES

V.                                              CR. NO. 04-10234-NMG

ANDRE PAGE

DEFENDANT'S MOTION FOR EXCLUDABLE TIME

    Defendant Andre Page, by his attorney, having moved that the trial be rescheduled to February 6, 2006 now moves in the interests of justice that the time from the December 5, 2005 to February 6, 2006 be excluded pursuant to the Speedy Trial Act.

                                                 ANDRE PAGE
                                                 By his attorney,


                                               /s/ Elliot M. Weinstein
                                               Elliot M. Weinstein
                                               BBO #520400
                                               228 Lewis Wharf
                                               Boston, MA 02110
                                               617-367-9334

November 22, 2005