UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES

V.                                              CR. NO. 04-10234-NMG

ANDRE PAGE

DEFENDANT'S MOTION IN LIMINE - STRIKE SURPLUSAGE

Defendant Andre Page, by his attorney, moves that this Court strike as surplusage sections of the indictment captioned "Notice of Additional Factors".

The indictment charges the defendant in count two with conspiracy to distribute and to possess with intent to distribute cocaine (21 U.S.C. §846) and in count three with possession of cocaine with intent to distribute and aiding and abetting (21 U.S.C. §841(a)(1) and 18 U.S.C. §2). The notice of additional facts section of the indictment do not allege elements of the offenses charged and are unfairly prejudicial information to be contained within an indictment.

Rule 7(d), Rules of Criminal Procedure authorize this Court to strike impermissibly prejudicial language from this indictment.

                                        ANDRE PAGE
                                        By his attorney,


                                         /s/ Elliot M. Weinstein
                                        Elliot M. Weinstein
                                        BBO #520400
                                        83 Atlantic Avenue
                                        Boston, MA 02110
                                        617-367-9334

January 17, 2006