UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES

V.                                              CR. NO. 04-10234-NMG

ANDRE PAGE

MOTION FOR SEVERANCE

Defendant Andre Page, by his attorney, moves that this Court sever his trial from that of co-defendant Michael Green for the reason that counsel was provided within the past week with a written report of a post arrest statement by Green which tends to inculpate Mr. Page in the crimes charged in the indictment.

A joint trial will violate Mr. Page's rights as explicated in *Bruton v. United States*, 391 U.S. 123 (1968).

Additionally, on information and belief provided by counsel for Green, it will be Green's trial strategy that Mr. Page was a knowing participant in the crimes alleged in the indictment but that Green was not. Such a trial strategy by Green presents an antagonistic defense to Mr. Page's rights to fair trial and accordingly Page should be granted a trial separate from Green.

                                          ANDRE PAGE
                                          By his attorney,


                                           /s/ Elliot M. Weinstein
                                          Elliot M. Weinstein
                                          BBO #520400
                                          83 Atlantic Avenue
                                          Boston, MA 02110
January 23, 2006                          617-367-9334

Case 1:04-cr-10234-NMG     Document 84     Filed 01/23/2006     Page 2 of 2