OFFICIAL USE ONLY

| DEPARTMENT OF HOMELAND SECURITY ICE | 1. TECS ACCESS CODE 3 |
|---|---|
| REPORT OF INVESTIGATION | 2. PAGE  1 |
| | 3. CASE NUMBER BO13CR04B00030 |
| | OCDETF NO:  NE-MA-00406 |

| 4. TITLE: RAYMOND AUSTIN ET AL. |
|---|

| 5. CASE STATUS: INTERIM RPT |
|---|

| 6. REPORT DATE | 7. DATE ASSIGNED | 8. CLASS | 9. PROGRAM CODE | 10. REPORT NO. |
|---|---|---|---|---|
| 011006 | 022304 | 1 | 210 | 022 |

| 11. RELATED CASE NUMBERS: |
|---|

| 12. COLLATERAL REQ: |
|---|

| 13. TYPE OF REPORT: INVESTIGATIVE FINDINGS |
|---|

| TOPIC: PROFFER OF MICHAEL GREEN |
|---|

14. SYNOPSIS:
On November 4, 2004 ICE Agents from the SAC/Boston interviewed Mike GREEN at the United States Attorney's Office in Boston, MA as part of an ongoing OCDETF investigation, Operation SAILFISH. GREEN was arrested in June 2004 with three individuals attempting to pick up approximately 106 kilograms of cocaine in Boston, MA, which they were going to transport to New York City - Raymond AUSTIN, who lives in the country of Guyana. This Report of Investigation details statements that GREEN gave during the proffer.

| 15. DISTRIBUTION: | 16. SIGNATURE: |
|---|---|
| SACBO | DARLING     PETER    A   SENIOR SPEC AGENT |
| | 17. APPROVED: |
| | NAGLE     JAMES    P  OI GRP SUPERVISOR |
| | 18. ORIGIN OFFICE: BO  | 19. TELEPHONE: 617 565 7400 |
| | BOSTON, MA - SAC |
| | | 20. TYPIST: DARLING |

OFFICIAL USE ONLY

THIS DOCUMENT IS LOANED TO YOU FOR OFFICIAL USE ONLY AND REMAINS THE PROPERTY OF THE DEPARTMENT OF HOMELAND SECURITY, ICE. ANY FURTHER REQUEST FOR DISCLOSURE OF THIS DOCUMENT OR INFORMATION CONTAINED HEREIN SHOULD BE REFERRED TO ICE HEADQUARTERS TOGETHER WITH A COPY OF THE DOCUMENT.

OFFICIAL USE ONLY

| DEPARTMENT OF HOMELAND SECURITY | 1. PAGE 2 |
| ICE | |
| | 2. CASE NUMBER BO13CR04BO0030 |
| REPORT OF INVESTIGATION | |
| CONTINUATION | 3. REPORT NUMBER: 022 |

DETAILS OF INVESTIGATION:
On November 4, 2004 ICE Agents from the SAC/Boston interviewed Mike GREEN at the United States Attorney's Office in Boston, MA as part of an ongoing OCDETF investigation, Operation SAILFISH. GREEN was arrested in June 2004 with three individuals attempting to pick up approximately 106 kilograms of cocaine in Boston, MA, which they were going to transport to New York City for Raymond AUSTIN, who lives in the country of Guyana. This Report of Investigation details statements that GREEN gave during the proffer.

Assistant United States Attorney David Tobin, defense attorney James McCall, Special Agent Peter Darling and Task force Officer Peter Pasciucco were present for this proffer.

During this proffer GREEN gave the following non-verbatim paraphrased statement.

1. GREEN stated that he lived in New York City until his arrest in June 2004.

2. GREEN stated that up until the time that he was arrested in the warehouse in East Boston, MA he did not know that he was helping Wallstein ALLEN transport cocaine to New York City.

3. GREEN stated that while he was in the warehouse with ALLEN and the undercover agent, he heard them discussing kilograms of cocaine and realized that this was a drug deal.

4. GREEN stated that he overheard Wallstein ALLEN telling Andre PAGE the evening before they drove to Boston that he was going to Boston, MA to steal clothes and to pick up liquor for a party.

5. GREEN stated that ALLEN told Page that it was easy to steal clothes in Boston and that he and PAGE were going to go up there and wanted to know if GREEN wanted to go.

6. GREEN stated that ALLEN also stated that they were going to buy liquor for a party that they were hosting in New York City and that it was cheaper to buy it in Boston.

7. GREEN stated that he stayed at Wallstein ALLEN'S house in Brooklyn, N.Y. the night before they left for Boston.

OFFICIAL USE ONLY
THIS DOCUMENT IS LOANED TO YOU FOR OFFICIAL USE ONLY AND REMAINS THE PROPERTY OF THE DEPARTMENT OF HOMELAND SECURITY, ICE. ANY FURTHER REQUEST FOR DISCLOSURE OF THIS DOCUMENT OR INFORMATION CONTAINED HEREIN SHOULD BE REFERRED TO ICE HEADQUARTERS TOGETHER WITH A COPY OF THE DOCUMENT.

OFFICIAL USE ONLY

| DEPARTMENT OF HOMELAND SECURITY | 1. PAGE 3 |
| ICE | |
| | 2. CASE NUMBER BO13CR04BO0030 |
| REPORT OF INVESTIGATION | |
| CONTINUATION | 3. REPORT NUMBER: 022 |

8. GREEN stated that the next day, he drove to Boston with Andre PAGE in one sports utility vehicle, while ALLEN drove to Boston in a separate sports utility vehicle with Acquaya PERRY.

9. GREEN stated that the reason why they took two vehicles to Boston was to pick up the liquor for the party that he and ALLEN were hosting in New York.

10. GREEN stated that had seen the female PERRY before and had known her through ALLEN.

11. GREEN stated that when they got to the stores in Boston, it was too difficult to steal clothes because of the security, so they decided to get something to eat at a food court.

12. GREEN stated that while they were at the food court, he saw ALLEN meet with a white male.

13. GREEN stated that he thought that ALLEN was meeting with the white male to make the arrangements to pick up the liquor.

14. GREEN stated that after they left the food court, ALLEN told him to drive one of the sports utility vehicles and to follow ALLEN, who jumped in another that the white male was driving.

15. GREEN stated that PAGE and PERRY jumped in the second sports utility vehicle.

16. GREEN stated he followed ALLEN and the white male to a warehouse in Boston and GREEN was instructed by ALLEN to drive the vehicle he was in into a warehouse.

17. GREEN stated that he when he got into the warehouse he began helping ALLEN and the white male load bags of cocaine into the back of the truck that he drove.

18. GREEN stated that he overheard the white male and ALLEN talking about the cocaine in the warehouse but he did not leave the warehouse because he was fearful that he was going to be shot in the back.

The SAC/Boston investigation continues.

OFFICIAL USE ONLY
THIS DOCUMENT IS LOANED TO YOU FOR OFFICIAL USE ONLY AND REMAINS THE PROPERTY OF THE DEPARTMENT OF HOMELAND SECURITY, ICE. ANY FURTHER REQUEST FOR DISCLOSURE OF THIS DOCUMENT OR INFORMATION CONTAINED HEREIN SHOULD BE REFERRED TO ICE HEADQUARTERS TOGETHER WITH A COPY OF THE DOCUMENT.

```
OFFICIAL USE ONLY -- TECS II INFORMATION -- OFFICIAL USE ONLY

011006                 TECS II - LIST OF RELATED RECORDS                PAGE    1
                                                                        TN007064
                        10 RECORDS ARE RELATED TO BASE RECORD
BO13CR04B00030022      ROI  CBO DARLING           P 011006


P9E49290300CBO         AUSTIN          RAYMOND      E B M 061857
         SC  SUBJECT OF CURRENT INVESTIGATION                     SUB-SOURCE

P9E49290301CBO         AUSTIN          RAYMOND      E B M 061857
         SV  SERIOUS VIOLATOR FROM S/A/S (CF-151)                 SUB-SOURCE

P9E63024600CBO         THOMPSON        KISHAWN        B M
         SC  SUBJECT OF CURRENT INVESTIGATION                     SUB-SOURCE

P9E91986300CBO         THOMPSON        KISHAWN        B M 062675
         SC  SUBJECT OF CURRENT INVESTIGATION                     SUB-SOURCE

P9L12276200CBO         ALLEN           WALLSTEIN    D B M 052472
         SC  SUBJECT OF CURRENT INVESTIGATION                     SUB-SOURCE

P9L12286100CBO         PAGE            ANDRE          B M 021677
         SC  SUBJECT OF CURRENT INVESTIGATION                     SUB-SOURCE

P9L12301100CBO         PERRY           AQUAYA       S B F 102081
         SC  SUBJECT OF CURRENT INVESTIGATION                     SUB-SOURCE

P9L12308900CBO         GREEN           MICHAEL        B M 042376
         SC  SUBJECT OF CURRENT INVESTIGATION                     SUB-SOURCE

X9E01317200CBO         EAST COAST INTERNATIONAL RESTAURANT
         SC  SUBJECT OF CURRENT INVESTIGATION                     SUB-SOURCE

BO13CR04B00030          CASE CBO DARLING           P 022304
         RAYMOND AUSTIN ET AL



                OFFICIAL USE ONLY -- TECS II INFORMATION -- OFFICIAL USE ONLY
```