UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES

V.                                CR. NO. 04-10234-NMG

ANDRE PAGE

DEFENDANT'S PROSPECTIVE WITNESS LIST

Attorney Daniel Rather, Jr.
Manhattan, NY

Attorney Spiro Ferris
Manhattan, NY

Attorney William Keefe
Jamaica Plain, MA

NY Police Officer Al Hawkins
Brooklyn, NY

NY Police Officer Dwayne Chandler
Brooklyn, NY

Medina Calloway
Brooklyn, NY



                                    ANDRE PAGE
                                    By his attorney,


                                     /s/ Elliot M. Weinstein
                                    Elliot M. Weinstein
                                    BBO #520400
                                    228 Lewis Wharf
                                    Boston, MA 02110
                                    617-367-9334


February 3, 2006