UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES

V.                              CR. NO. 04-10234-NMG

ANDRE PAGE

## MOTION FOR JUDGMENT OF ACQUITTAL

Defendant Andre Page, by his attorney, moves that this Court enter a judment of acquittal as to the above indictment.

ANDRE PAGE
By his attorney,

/s/ Elliot M. Weinstein
Elliot M. Weinstein
BBO #520400
228 Lewis Wharf
Boston, MA 02110
617-367-9334

February 9, 2006