AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

DISTRICT OF

United States of America

V.

Andre Page/Michael Green

## EXHIBIT AND WITNESS LIST

Case Number: 04-cr-10234

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Nathaniel M. Gorton | Tobin, Connolly | Weinstein, Norris, Ferrell |
| TRIAL DATE (S) | COURT REPORTER | COURTROOM DEPUTY |
| 2/6/06 | Dahlstrom | Nicewicz |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 1 | | 2/6/06 | x | x | Photo of contents of back of trailblazer |
| 2 | | | x | x | Photo of contents of bag |
| 3 | | | x | x | Photo 2 bags |
| 4 | | | x | x | Photo Yellow bag containing U.S. currency |
| 5 | | | x | x | Photo BJ's bag containing U.S. currency |
| 6 | | | x | x | Photo U.S. currency in total ($200K) on table |
| 7 | | | x | x | Surveillance CD |
| A | | | x | | CD of conversations Kedrick 6/5/04 |
| B | | | x | | CD of Title 3 wiretap |
| C | | | x | | DEA 7 report for 105 kilograms of cocaine |
| 8 | | | x | x | 1 Kilogram of Cocaine marked of 105 |
| 9 | | 2/7/06 | x | x | Video of E. Boston warehouse from outside |
| 10 | | | x | x | Video of E. Boston warehouse inside |
| 11 | | | x | x | CD of conversations Kedrick 6/5/04 |
| D | | | x | | Transcript of 11 |
| 12 | | 2/8/06 | x | x | Allen plea agreement |
| 13 | | | x | x | CD of Title 3 wiretap |
| 14 | | | x | x | BJ's bag |
| 15 | | | x | x | Neiman Marcus bag |
| | E | 2/9/06 | x | | Supa Antraxx business card |
| | 16 | | x | x | 6/8/04 Proffer letter |
| 17 | | | x | x | Stipulation & Agreement of the parties |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

AO 187A (Rev. 7/87)

# EXHIBIT AND WITNESS LIST – CONTINUATION

| United States | vs. | Andre Page/Mark Green | CASE NO. 04-CR-10234-NMG |
|---|---|---|---|

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| | 18 | 2-10-06 | x | x | Green's cellphone |
| | 19 | | x | x | Serv. Fire Cert. NYC FD |
| | 20 | | x | x | Supa Antraxx business card |
| | 21 | | x | x | Det. Hawkins business card |
| | 22 | 2-14-06 | x | x | Michael Green's credit card |