CRIMINAL CASE NO:___04-cr-10234_____

TITLE:___United States of America_____ VS.____Andre Page/ Michael Green_____

## J U R Y   P A N E L

| | |
|---|---|
| 01.___Anne Vogel_____ | 07.___Cheryl McLaughlin_____ |
| 02.___Barbara Joy_____ | 08.___Thomas Pedro_____ |
| 03.~~Maureen O'Kelly~~ _ex 2/14_ | 09.___Amanda Kelly_____ |
| 04.___Michele Trucksis_____ | 10.___Thomas Finn_____ |
| 05.___Charleston Johnson_____ | 11.___Stacy Goodhue_____ |
| 06.___Jodi Harrington   Alt. 2 | 12.___Damian Knighton_____ |
| | 13.~~Mary O'Toole~~ _ex 2/14_ |
| | 14.___Mark Goossen Alt. 1_____ |

## W I T N E S S E S

| PLAINTIFF/GOVT. | DEFENDANT |
|---|---|
| 01.___Peter Darling_____ | 01.___Andre Page_____ |
| 02.___Michael Hedrick_____ | 02.___Michael Green_____ |
| 03.___Wallstein Dwayne Allen___ | 03.___Spirow Ferris_____ |
| 04.___Thomas Joyce_____ | 04.___Dan M. Rather_____ |
| 05._____ | 05._____ |
| 06._____ | 06._____ |
| 07._____ | 07._____ |
| 08._____ | 08._____ |
| 09._____ | 09._____ |
| 10._____ | 10._____ |
| 11._____ | 11._____ |
| 12._____ | 12._____ |
| 13._____ | 13._____ |
| 14._____ | 14._____ |

(jury&wit.lst - 09/92)

We would like to rewatch the
video of inside the warehouse.

Anne Aron VJ
2/14/06
2:55 pm

What does "attributable" mean
in regards to question b. ?

Anne Stow Vl
2/14/06

2:20 pm

We have reached a verdict.

Anne Hcove VJ

2/15/06

3:15 PM