UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES

V.                                          CR. NO. 04-10234-NMG

ANDRE PAGE

MOTION FOR LEAVE TO WITHDRAW AND FOR APPOINTMENT OF COUNSEL ON APPEAL

Defendant Andre Page, by his attorney, moves that this Court permit his trial counsel t withdraw and that this Court appoint successor counsel to represent him on the appeal of his conviction and sentence.

Defendant is indigent and represented by counsel pursuant to the Criminal Justice Act.

ANDRE PAGE
By his attorney,

/s/ Elliot M. Weinstein
Elliot M. Weinstein
BBO #520400
228 Lewis Wharf
Boston, MA 02110
617-367-9334