UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES

V. CR. NO. 04-10234-NMG

ANDRE PAGE

NOTICE OF APPEAL

Defendant Andre Page, by his attorney, hereby claims appeal of his conviction and sentence in the above indictment.

ANDRE PAGE
By his attorney,

/s/ Elliot M. Weinstein
Elliot M. Weinstein
BBO #520400
83 Atlantic Avenue
Boston, MA 02110
617-367-9334

May 24, 2006