# United States Court of Appeals
## For the First Circuit

No. 06-2006

UNITED STATES OF AMERICA,

Appellee,

v.

ANDRE PAGE,

Defendant, Appellant.

Before

Lynch, <u>Chief Judge</u>,
Cyr,[*] Torruella, Boudin, Lipez and Howard, <u>Circuit Judges</u>.

**Order of Court**
**Entered: September 3, 2008**

The petition for rehearing having been denied by the panel of judges who decided the case, and the petition for rehearing en banc having been submitted to the active judges of this court and a majority of the judges not having voted that the case be heard en banc, it is ordered that the petition for rehearing and the petition for rehearing en banc be denied.

**Torruella, Circuit Judge.** (Dissenting without comment.)

By the Court:

/s/ Richard Cushing Donovan, Clerk

cc: Hon. Nathaniel M .Gorton and Ms Sarah Thornton, Clerk, United States District Court for the district of Massachusetts, Mr. Tobin, Ms. Chaitowitz, Mr. Quinlivan, Mr. Bussert & Mr. Norris.

---

[*]Judge Cyr retired from the Court on March 31, 2008, and did not participate in consideration of this matter.