# United States Court of Appeals
## For the First Circuit

No. 06-2006

UNITED STATES OF AMERICA,

Appellee,

v.

ANDRE PAGE,

Defendant, Appellant.

---

**JUDGMENT**

Entered: March 28, 2008

   This cause came on to be heard on appeal from the United States District Court for the District of Massachusetts and was argued by counsel.

   Upon consideration whereof, it is now here ordered, adjudged and decreed as follows: Andre Page's conviction is affirmed.


Certified and Issued as Mandate
under Fed. R. App. P. 41.

Richard Cushing Donovan, Clerk

_____
Deputy Clerk

Date: SEP 11 2008

By the Court:

_____
Richard Cushing Donovan, Clerk


[cc: Mr. Tobin, Ms. Chaitowitz, Mr. Quinlivan, Mr. Bussert & Mr. Norris.]