UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Criminal No. 04-10234-NMG

UNITED STATES OF AMERICA

v.

ANDRE PAGE

**REPORT AND RECOMMENDATION RE:
MOTION PURSUANT TO 28 U.S.C. § 2255 TO VACATE,
SET ASIDE, OR CORRECT SENTENCE
(DOCKET ENTRY # 165)**

**March 3, 2011**

**BOWLER, U.S.M.J.**

Pending before this court is a pro se motion to vacate, set aside and or correct a sentence filed by petitioner Andre Page ("petitioner" or "Page") pursuant to 28 U.S.C. § 2255 ("section 2255"). (Docket Entry # 165). On May 18, 2010, the United States of America ("the government") filed a response to the section 2255 motion addressing inter alia the ineffective assistance of counsel claim. (Docket Entry # 169). Thereafter, petitioner submitted a reply brief and a memorandum of law in support thereof. (Docket Entry # 171).

PROCEDURAL BACKGROUND

Petitioner raises five grounds as a basis for vacating the conviction and sentence. (Docket Entry ## 165 & 171). First,

*Report and Recommendation accepted and adopted; pursuant to Mag. J. L.R. 3(a)(1), the case is referred to the Magistrate Judge for further disposition. /s/ N. Gorton, USDJ 6/23/11*